UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-22843-CIV-King/Garber

ZURICH AMERICA INSURANCE COMPANY,
a foreign corporation a/s/o PINES GROUP, INC.,

    Plaintiff,

v.

GARY NADER & COMPANY, LLC. also
known as and doing business as GALLERIA
DE ARTE NADER, INC., a Florida
corporation,

    Defendants/Third Party Plaintiff,

v.

CHIC PARISIEN, INC.,

    Third Party Defendant.
_____/

## ORDER

THIS CAUSE has been referred to the undersigned by United States District Judge James Lawrence King. Pursuant to such reference the Court has received the plaintiff's, as subrogee of Pines Group, Inc., Notice of Objection to the Service of Certain Chic Parisien's Subpoenas (DE 56).

Upon due consideration, it is hereby

ORDERED that plaintiff's Objection to the service of the subject subpoenas is DENIED WITHOUT PREJUDICE. Plaintiff shall, on or before seven days from the date of this Order, submit a Privilege Log setting forth a description of the documents to which it asserts that a privilege is applicable, designating the nature of the privilege claimed. Upon receipt of said Privilege Log the Court shall then determine the appropriateness of the claimed privileges.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of June, 2007.

```
_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE
```

Copies furnished to:
Judge King
Counsel of record