UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-22843-CIV-King/Garber

ZURICH AMERICA INSURANCE COMPANY,
a foreign corporation a/s/o PINES GROUP, INC.,

      Plaintiff,

v.

GARY NADER & COMPANY, LLC. also
known as and doing business as GALLERIA
DE ARTE NADER, INC., a Florida
corporation,

      Defendants/Third Party Plaintiff,

v.

CHIC PARISIEN, INC.,

      Third Party Defendant.
_____/

## __ORDER__

      THIS CAUSE is before the Court *sua sponte*.  Pursuant to this Court's Order dated June 27, 2007, the Court has received the plaintiff's Log of Privileged, Immune and/or Confidential Documents.

      The Court is unable to determine from the Log whether the privilege claim asserted is appropriate.  Accordingly, it is hereby

      ORDERED that plaintiff shall submit to the Court, on or before July 3, 2007 for its *in camera* inspection, the document to which a privilege claim has been asserted.  Upon examination of same the Court shall determine whether the assertion of privilege is appropriate.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of June, 2007.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record